**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **MAGISTRATE NO.** 26-mj-469-N |
| **v.** | * | |
| | * | |
| **SILVIA DELGADO PHELPS** | * | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Benjamin G. Matney, a Special Agent of the Federal Bureau of Investigation (FBI), Mobile Division, being duly sworn, state:

## AFFIANT'S EXPERIENCE

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2011. I am currently assigned to the Mobile Field Office and investigate matters related to white collar/financial crimes and other federal crimes, including voter fraud offenses.

## PURPOSE OF AFFIDAVIT

2. This Affidavit is submitted in support of a warrant for the arrest of **Silvia Delgado PHELPS (PHELPS)**, a permanent resident alien, for the following offense: voting by aliens, in violation of Title 18, United States Code, Section 611.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses and others associated with this investigation. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, I have not included each and every fact known to me concerning

this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a criminal complaint and an arrest warrant.

4. Based upon my training and experience, and the facts and circumstances set forth in this affidavit, I believe probable cause exists to support a criminal complaint and arrest warrant for **Silvia Delgado PHELPS (PHELPS)**, for violations of Title 18, United States Code, Section 611, in the Southern District of Alabama. The statute states that "it shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner." The elements for violation of Title 18 U.S.C. § 611 are as follows, (1) That there was an election for federal office; (2) that the defendant voted in the election; (3) that the defendant is an alien.

**FACTS AND CIRCUMSTANCES**

5. The Alabama Secretary of State with the U.S. Department of Homeland Security (H.S.I.) identified numerous non-U.S. citizens registered to vote in Alabama, in violation of federal law. **Silvia Delgado PHELPS** was identified as one of the individuals who illegally registered and voted in state and federal elections. On November 3, 2022, the United States of America held federal elections for the purpose of electing candidates for the members of the United States Senate and members of the United States House of Representatives.

6. On November 5, 2024, the United States of America held federal elections for the purpose of electing candidates the office of President, Vice President, members of the United States Senate, and members of the United States House of Representatives. However, Alabama did not have a U.S. Senate seat up for election in the election.

7. On November 3, 2022, and again on November 5, 2024, **PHELPS** voted, in person, in a federal general election at her local voting location in Foley, Alabama.

8. On September 30, 2026, the United States Citizenship and Immigration Service (USCIS) provide a certified copy of **PHELPS**' Alien Registration File. A review of the file confirmed that **PHELPS** was not a U.S. citizen. **PHELPS** has been removed from the voter rolls by the Alabama Secretary of State's Office.

9. Accordingly, I respectfully request that the Court issue a criminal complaint and an accompanying arrest warrant for **Silvia Delgado PHELPS.**

Benjamin G. Matney
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 7th
DAY OF OCTOBER 2026

HON. KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE